UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  17-24959-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

ANIL BORA
XXX-XX-1889

DEBTOR_____/

### OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE OF COURT GENERATED HEARING

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

**Claim#:**       16
**Claimant:**     Cavalry SPV I, LLC
**Reason:**       The Proof of Claim was filed after the Claims Bar Date.
**Disposition:**  Sustain Objection and disallow claim.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed below this 10th day of May, 2018.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

OBJECTION TO CLAIM
CASE NO.: 17-24959-BKC-JKO

**COPIES FURNISHED TO:**

**DEBTOR**
ANIL BORA
3000 NW 130 TER #129
SUNRISE, FL  33323

**ATTORNEY FOR DEBTOR**
PATRICK L. CORDERO, ESQUIRE
7333 CORAL WAY
MIAMI, FL  33155

**CREDITOR**
Cavalry SPV I, LLC
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson,  AZ  85712

**ADDITIONAL CREDITORS**
CAVALRY SPV I, LLC
C/O CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL  33322