

**ORDERED in the Southern District of Florida on June 12, 2018.**

_____
**John K. Olson, Judge
United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

**CASE NO.: 17-24959-BKC-JKO**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

ANIL BORA
XXX-XX-1889

DEBTOR_____/

## ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE** came to be heard on June 4, 2018 on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Objection to Claim of Cavalry SPV I, LLC and based on the record, it is

**ORDERED:**

1. The Trustee's Objection is **SUSTAINED**.

2. Court Claim number 16, filed by Cavalry SPV I, LLC is stricken and disallowed.

###

ORDER SUSTAINING OBJECTION TO CLAIM
CASE NO.:  17-24959-BKC-JKO

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
ANIL BORA
3000 NW 130 TER #129
SUNRISE, FL  33323

**ATTORNEY FOR DEBTOR**
PATRICK L. CORDERO, ESQUIRE
7333 CORAL WAY
MIAMI, FL  33155

**CREDITOR**
Cavalry SPV I, LLC
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson,  AZ  85712

**ADDITIONAL CREDITORS**
Cavalry SPV I, LLC
c/o CT Corporation System
1200 S. Pine Island Road
Plantation,  FL  33322

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.